DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN D. CUSICK, Bar #FL 0014255
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LUIS OMAR LOMELI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-358-MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| LUIS OMAR LOMELI, ) | Date:  October 9, 2008 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Morrison C. England |
| _____ ) | |

It is hereby stipulated between the parties, Daniel S. McConkie, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant, LUIS OMAR LOMELI, that the status conference hearing date of September 17, 2008 be vacated and continued to October 9, 2008 at 9:00 a.m.

This continuance is requested as negotiations are continuing between the parties and additional time is needed for defense investigation.

It is further stipulated that the period from September 17, 2008 through and including October 9, 2008 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1 | counsel and defense preparation.

2 | Dated:  September 15, 2008          Respectfully submitted,

3 |                                     DANIEL J. BRODERICK
                                        Federal Defender
4 |

5 |                                     /s/ Lauren D. Cusick
                                        LAUREN D. CUSICK
6 |                                     Assistant Federal Defender
                                        Attorney for Defendant
7 |                                     LUIS OMAR LOMELI

8 |
Dated:  September 15, 2008              MCGREGOR W. SCOTT
9 |                                     United States Attorney

10 |
                                        /s/ Lauren D. Cusick
11 |                                    DANIEL S. McCONKIE
                                        Assistant U.S. Attorney
12 |                                    per telephonic authorization

13 |
                              **O R D E R**
14 |
IT IS SO ORDERED.
15 |

16 |  Dated: September 15, 2008

17 |

18 |                                    _____
                                        MORRISON C. ENGLAND, JR.
19 |                                    UNITED STATES DISTRICT JUDGE

Stip and Order                          2